IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION


CHRISTOPHER R. MULLINS,

      Petitioner,

vs.                                                                    Case No.: 3:20cv032-LAC-MAF

SECRETARY, FLORIDA
DEPARTMENT OF CORRECTIONS,

      Respondent.

_____/


## **O R D E R**

      This cause comes on for consideration upon the Magistrate Judge's Report and Recommendation dated July 26, 2021.  ECF No. 19.  The parties were furnished a copy of the Report and Recommendation and have been afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1).  I have made a *de novo* determination of the objections filed.  ECF No. 22.

      Having considered the Report and Recommendation, and the objections thereto, I have determined that the Report and Recommendation should be adopted.


      Accordingly, it is **ORDERED**:

1. The Report and Recommendation, ECF No.  19, is accepted and adopted as the Court's opinion.

2. Petitioner's § 2254 petition for writ of habeas corpus, ECF No. 1, is **DENIED**,

3. The request for a certificate of appealability is **DENIED** because Petitioner has not made a substantial showing of the denial of a constitutional right.

4.  The Clerk must enter judgment stating, "The petition for a writ of habeas corpus under 28 U.S.C. § 2254, ECF No. 1, is **DISMISSED without prejudice.**

**DONE AND ORDERED** this 10th day of September, 2021.


_s/L.A. Collier_
**LACEY A. COLLIER**
**SENIOR UNITED STATES DISTRICT JUDGE**